**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-01250-LTB-KMT

ANTHONY & LORI PECK,

       Plaintiff/Movant,

v.

ENHANCED RECOVERY COMPANY, LLC, and
DOES 1-10, inclusive,

       Defendants.

___

**ORDER**
___

     THIS MATTER having come before the Court on the Plaintiffs' Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a) (Doc 4 - filed July 5, 2011), and the Court being fully advised in the premises, it is therefore

     ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                          BY THE COURT:

                            s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED:   July 6, 2011